UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JACOB ELEPHANT, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br>  v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>                  Defendants | No. 03-12570-NG |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc.

                                           Respectfully Submitted,

                                           MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, and SUN LIFE FINANCIAL INC.,

                                           By their attorneys,

                                         /s/ Jonathan A. Shapiro
                                         Jeffrey B. Rudman (BBO #433380)
                                         William H. Paine (BBO #550506)
                                         Jonathan A. Shapiro (BBO #567838)
                                         Hale and Dorr LLP
                                         60 State Street
                                         Boston, MA  02109
                                         (617) 526-6000

April 6, 2004

BOSTON 1884106v1

-2-

CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Nancy Freeman Gans<br>Moulton & Gans, PC<br>33 Broad Street, Suite 1100<br>Boston, MA  02109 | Sandy A. Liebhard<br>Joseph R. Seidman, Jr.<br>Berstein, Liebhard & Lifshitz, LLP<br>10 East 40th Street, 22nd Floor<br>New York, NY 10016 |
| David Pastor<br>Gilman and Pastor, LLP<br>Stonehill Corporate Center<br>999 Broadway, Suite 500<br>Saugus, MA 01906 | Andrew L. Barroway<br>Schiffrin & Barroway, LLP<br>Three Bala Plaza East, Suite 400<br>Bala Cynwyd, PA 19004 |
| Samuel H. Rudman<br>Cauley, Geller, Bowman, Coates & Rudman, LLP<br>200 Broadhollow Road, Suite 406<br>Melville, NY 11747 | John D. Donovan, Jr.<br>Jane Willis<br>Carisa Kleymeyer<br>Ropes & Gray<br>One International Place<br>Boston, MA 02110-2624 |
| Aaron Brody<br>Stull, Stull & Brody<br>6 East 45th Street<br>New York, NY 10017 | Joseph Weiss<br>Weiss & Yourman<br>551 Fifth Avenue, Suite 1600<br>New York, NY 10176 |

/s/ Jonathan A. Shapiro_____
Jonathan A. Shapiro

Dated:  April 6, 2004